## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENIFER A. SWAB, | Civil Action No 2:21-cv-00379-MJH |
| Plaintiff, | |
| v. | Judge Marilyn J. Horan |
| ROSS/WEST VIEW EMS, | |
| Defendant. | JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL

The parties, through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal having reached a settlement satisfactory to all parties, it is hereby agreed that this action shall be dismissed with prejudice. The parties agree to bear their own attorney's fees and costs.

Respectfully submitted:

| | |
|---|---|
| /s/ *Colleen E. Ramage* | /s/ *Andrew W. Norfleet* |
| Colleen E. Ramage | Andrew W. Norfleete |
| PA I.D. No. 64413 | PA I.D. No. 83894 |
| Ramage Lykos, LLC | Lavery Law |
| 525 William Penn Place | 225 Market Street, Suite 304 |
| 28th Floor | P.O. Box 1245 |
| Pittsburgh, PA 15219 | Harrisburg, PA 17108-1245 |
| (412) 325-7700 | (717) 233-6633 |
| cramage@ramagelykos.law | anorfleet@laverylaw.com |
| Counsel for Plaintiff | *Attorneys for Defendant* |
| Jenifer A. Swab | *Ross/ West View EMS* |

IT IS SO ORDERED this 16th day of February 2023.

*/s/ Marilyn J. Horan*
Marilyn J. Horan
United States District Judge